# REMOVAL TO FEDERAL COURT

# STATE COURT RECORD

STATE OF INDIANA

Boone County Superior Court 1

06D01-2103-CT-00318

JONATHAN JOHNSON

v.

CRETE CARRIER CORPORATION, ENRIQUE ESPINOZA, and
GEICO CASUALTY COMPANY

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Jonathan Johnson v. Crete Carrier Corporation, Enrique Espinoza, GEICO Casualty Company

| Case Number | 06D01-2103-CT-000318 |
|---|---|
| Court | Boone Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 03/12/2021 |
| Status | 03/12/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Crete Carrier Corporation

<u>Address</u>
c/o National Registered Agents
334 North Senate Ave
Indianpolis, IN 46204

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

**Defendant**   Espinoza, Enrique

Address
268 N San Elizario Road
Clint, TX 79836

Attorney
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

Attorney
Lesley Ann Pfleging
*#2685749, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

Defendant   GEICO Casualty Company

Address
c/o CT Corporation System
334 North Senate Ave
Indianapolis, IN 46204

Attorney
Glenn Andrew Roberts
*#3544949, Lead, Retained*

3850 Priority Way South Dr.
Ste. 220
Indianapolis, IN 46240
317-816-1250(W)

Attorney
Glenn Andrew Roberts
*#3544949, Retained*

3850 Priority Way South Dr.
Ste. 220
Indianapolis, IN 46240
317-816-1250(W)

Plaintiff   Johnson, Jonathan

Address
c/o Craig Kelley and Faultless
5845 Lawton Loop East Drive
Indianapolis, IN 46216

Attorney
Christopher M. Barry
*#2625449, Lead, Retained*

5845 Lawton Loop East Drive
Suite 1

Indianapolis, IN 46216
317-545-1760(W)

Attorney
Whitney L. Coker
*#3255648, Retained*

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
317-545-1760(W)

Attorney
Alexander R. Craig
*#3127349, Retained*

Craig Kelley & Faultless, LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
317-545-1760(W)

Attorney
David W Craig
*#435698, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

Attorney
Samantha Christine Craig
*#3255349, Retained*

5845 Lawton Loop DR E
Indianapolis, IN 46216
317-545-1760(W)

Attorney
Scott Anthony Faultless
*#1573649, Retained*

5845 Lawton Loop East Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

Attorney
William J Kelley
*#1698969, Retained*

CRAIG KELLEY & FAULTLESS
5845 East Lawton Loop Drive
Suite 1
Indianapolis, IN 46216
317-545-1760(W)

# Chronological Case Summary

| 03/12/2021 | **Case Opened as a New Filing** | |
|---|---|---|
| 03/12/2021 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/12/2021 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint/Equivalent Pleading | |
| | Filed By: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/12/2021 | **Jury Trial Demand Filed** | |
| | Jury Demand | |
| | Filed By: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/12/2021 | **Subpoena/Summons Issued** | |
| | Subpoena/Summons Filed Crete Carrier | |
| | Party: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/12/2021 | **Subpoena/Summons Issued** | |
| | Subpoena/Summons Filed Espinoza | |
| | Party: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/12/2021 | **Subpoena/Summons Issued** | |
| | Subpoena/Summons Filed GEICO | |
| | Party: | Johnson, Jonathan |
| | File Stamp: | 03/12/2021 |
| 03/30/2021 | **Subpoena/Summons Issued** | |
| | Amended Subpoena/Summons Filed Espinoza | |
| | Party: | Johnson, Jonathan |
| | File Stamp: | 03/30/2021 |
| 03/30/2021 | **Certificate of Service - separately filed** | |
| | Proof of Service Crete Carrier | |
| | Filed By: | Johnson, Jonathan |
| | File Stamp: | 03/30/2021 |
| 03/30/2021 | **Certificate of Service - separately filed** | |
| | Proof of Service GEICO | |
| | Filed By: | Johnson, Jonathan |
| | File Stamp: | 03/30/2021 |
| 04/05/2021 | **Appearance Filed** | |
| | Appearance of Lesley A. Pfleging | |
| | For Party: | Crete Carrier Corporation |
| | File Stamp: | 04/05/2021 |

| 04/05/2021 | **Motion Filed** | |
| --- | --- | --- |
| | Motion for Enlargement of Time | |
| | Filed By: | Crete Carrier Corporation |
| | File Stamp: | 04/05/2021 |

| 04/05/2021 | **Jury Trial Demand Filed** | |
| --- | --- | --- |
| | Jury Demand | |
| | Filed By: | Crete Carrier Corporation |
| | File Stamp: | 04/05/2021 |

| 04/05/2021 | **Motion Filed** | |
| --- | --- | --- |
| | Defendant GEICO's Responsive Pleading and Jury Trial Demand | |
| | Filed By: | GEICO Casualty Company |
| | File Stamp: | 04/05/2021 |

| 04/05/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance by Attorney in Civil Case | |
| | For Party: | GEICO Casualty Company |
| | File Stamp: | 04/05/2021 |

| 04/07/2021 | **Order Granting Motion for Enlargement of Time** | |
| --- | --- | --- |
| | Judicial Officer: | Kincaid, Matthew C |
| | Noticed: | Espinoza, Enrique |
| | Noticed: | Barry, Christopher M. |
| | Noticed: | Coker, Whitney L. |
| | Noticed: | Craig, Alexander R. |
| | Noticed: | Craig, David W |
| | Noticed: | Craig, Samantha Christine |
| | Noticed: | Faultless, Scott Anthony |
| | Noticed: | Kelley, William J |
| | Noticed: | Pfleging, Lesley Ann |
| | Noticed: | Roberts, Glenn Andrew |
| | Order Signed: | 04/06/2021 |

| 04/08/2021 | **Automated Paper Notice Issued to Parties** |
| --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 4/7/2021 : Enrique Espinoza |

| 04/08/2021 | **Automated ENotice Issued to Parties** |
| --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 4/7/2021 : Alexander R. Craig;Christopher M. Barry;David W Craig;Samantha Christine Craig;Scott Anthony Faultless;William J Kelley;Glenn Andrew Roberts;Lesley Ann Pfleging;Whitney L. Coker |

| 04/12/2021 | **Certificate of Service - separately filed** | |
| --- | --- | --- |
| | Proof of Service Espinoza | |
| | Filed By: | Johnson, Jonathan |
| | File Stamp: | 04/10/2021 |

| 04/20/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance of Lesley A. Pfleging | |
| | For Party: | Espinoza, Enrique |
| | File Stamp: | 04/20/2021 |

| 04/20/2021 | **Jury Trial Demand Filed** | |
| --- | --- | --- |
| | Jury Demand | |
| | Filed By: | Espinoza, Enrique |
| | File Stamp: | 04/20/2021 |

| 04/20/2021 | **Motion for Enlargement of Time Filed** | |
| --- | --- | --- |
| | Defendant's Motion for Enlargement of Time to File Responsive Pleading | |
| | Filed By: | Espinoza, Enrique |
| | File Stamp: | 04/20/2021 |

| 04/20/2021 | **Order Granting Motion for Enlargement of Time** | |
| --- | --- | --- |
| | Judicial Officer: | Kincaid, Matthew C |
| | Noticed: | Barry, Christopher M. |
| | Noticed: | Coker, Whitney L. |
| | Noticed: | Craig, Alexander R. |
| | Noticed: | Craig, David W |
| | Noticed: | Craig, Samantha Christine |
| | Noticed: | Faultless, Scott Anthony |
| | Noticed: | Kelley, William J |
| | Noticed: | Pfleging, Lesley Ann |
| | Noticed: | Roberts, Glenn Andrew |
| | Order Signed: | 04/20/2021 |

| 04/21/2021 | **Automated ENotice Issued to Parties** |
| --- | --- |
| | Order Granting Motion for Enlargement of Time ---- 4/20/2021 : Alexander R. Craig;Christopher M. Barry;David W Craig;Samantha Christine Craig;Scott Anthony Faultless;William J Kelley;Glenn Andrew Roberts;Lesley Ann Pfleging;Whitney L. Coker |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Johnson, Jonathan
Plaintiff

Balance Due (as of 04/28/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 03/12/2021 | Transaction Assessment | 157.00 |
| 03/12/2021 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
| --- |